**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lyonel Jean-Louis<br>**Debtor 1**<br><br>Credit Acceptance Corporation<br>**Movant(s)**<br>v.<br>Lyonel Jean-Louis<br>Nicole M. Jean-Louis (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:19-BK-03570-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 35 |

**DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Lyonel Jean-Louis, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

5. Paragraph 5 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                          Respectfully submitted,
                                          **DETHLEFS PYKOSH & MURPHY**

Dated: August 25, 2020                           /s/ Paul D. Murphy-Ahles
                                          _____
                                          Paul D. Murphy-Ahles, Esquire
                                          PA ID No. 201207
                                          2132 Market Street
                                          Camp Hill, PA 17011
                                          (717) 975-9446
                                          pmurphy@dplglaw.com
                                          *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Lyonel Jean-Louis<br>**Debtor 1**<br><br>Credit Acceptance Corporation<br>**Movant(s)**<br>v.<br>Lyonel Jean-Louis<br>Nicole M. Jean-Louis (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:19-BK-03570-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 35 |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 25, 2020, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

William Craig, Esquire
Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
*Counsel for Movant(s)*

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene
_____
Kathryn S. Greene, Pa.C.P., Paralegal for
Paul D. Murphy-Ahles, Esquire